UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN BAILEY HORNBERGER,

*Plaintiff*,

v.

THE LIBRARY OF CONGRESS,

*Defendants*.

Civil Action No. 25-4323 (GMH)

## CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant respectfully moves, by and through undersigned counsel, for a 60-day extension, to May 5, 2026, of the current deadline of March 6, 2026, to respond to Plaintiff's Complaint, ECF No. 1. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with the pro se Plaintiff on March 5, 2026 and Plaintiff consents to the relief requested herein. Good cause supports this motion, as set forth below:

1. On December 3, 2025, Plaintiff filed his Complaint. *See* ECF No. 1. Although there is no return of service affidavit on the docket, according to the records of the U.S. Attorney's Office, the Complaint was served on January 5, 2026. Therefore, the current deadline for Defendant to respond to the Complaint is March 6, 2026.

2. This matter was recently assigned to the undersigned. In light of that recent assignment and competing deadlines in other cases that have been assigned to undersigned counsel, the undersigned requires additional time to confer with the agency, review the background of the case and its related cases, and prepare a response to the Complaint. The requested extension also takes into account that undersigned counsel will be largely unavailable during the period from March 16, 2026 to March 27, 2026, while attending training at the National Advocacy Center in South

Carolina and has numerous deadlines and other commitments in other cases prior to leaving for that training program.  Accordingly, Defendant requests an extension of the deadline to respond to the Complaint to, and including, May 5, 2026.

3. No existing court deadlines will be impacted by this extension request other than the existing deadline to respond to the Complaint. Plaintiff will not be prejudiced by this extension request and furthermore consents to the requested relief.

4. A proposed order is attached.

Dated:  March 5, 2026

Respectfully submitted,

*/s/ Samantha-Josephine Baker*
SAMANTHA-JOSEPHINE BAKER
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel: (202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorney for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN BAILEY HORNBERGER,

*Plaintiff*,

v.

THE LIBRARY OF CONGRESS,

*Defendants*.

Civil Action No. 25-4323 (GMH)

## [PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that Defendant's deadline to respond to the Complaint, ECF No. 1, is extended to, and including, May 5, 2026.

**SO ORDERED**, this ___ day of March, 2026.

_____
G. MICHAEL HARVEY
United States Magistrate Judge